FILED IN CHAMBERS
U.S.D.C. - Rome
JUN 24 2013
JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CINDY J. BENTLEY, Individually
and as President of MTPI,

    Plaintiff,

v.

WEST METRO TRANSCRIPTION,
INC., (WMTI); a domestic
corporation,

    Defendant.

CIVIL ACTION

NO. 1:10-CV-1697-RLV

O R D E R

On May 22, 2013, this court issued an order to show cause why this matter should not be dismissed for the plaintiff's failure to prosecute this matter. Because the plaintiff has not responded to this court's May 22, 2013 order and because there has been no substantive action of record since September 10, 2012, the court DISMISSES any claims that remain pending in this suit.

SO ORDERED, this 24th day of June, 2013.

/s/ Robert L. Vining, Jr.
ROBERT L. VINING, JR.
Senior United States District Judge