UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CINDI J. BENTLEY, Individually and as President of MTPI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN P. HILTON,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-1697-RLV |

## J U D G M E N T

This action having come before the court, the Honorable Robert L. Vining, Jr., United States District Judge, for consideration of the defendant's motions to dismiss, and the court having granted it, it is

**Ordered and Adjudged** that the action be **DISMISSED.**

Dated at Atlanta, Georgia, this 24th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/Jill Ayers
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 24, 2013
James N. Hatten
Clerk of Court

By:　s/Jill Ayers
　　　　Deputy Clerk